## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 22-80597-CV-MIDDLEBROOKS

NATALIE ARMAS AND LESTER COBA
INDIVIDUALLY AND ON BEHALF OF
N.C., A MINOR

        Plaintiffs,

v.

THE COLONY AT BOYNTON BEACH
HOMEOWNER'S ASSOCIATION, INC.,
CENTURY MANAGEMENT
CONSULTANTS, INC., AND HORACE
ALLISON, PRESIDENT OF THE
COLONY AT BOYNTON BEACH
HOMEOWNER'S ASSOCIATION

        Defendants.

_____/

## ORDER GRANTING JOINT MOTION FOR ORDER OF DISMISSAL RETAINING JURISDICTION

THIS CAUSE comes before the Court upon the Parties' "Joint Motion for Order of Dismissal Retaining Jurisdiction to Enforce Terms of Settlement Agreement," filed October 19, 2022. (DE 34). Therein, the Parties indicate that they have amicably resolved this lawsuit, and they jointly stipulate to the dismissal with prejudice. The Parties make their Joint Stipulation contingent on this Court retaining jurisdiction to enforce the terms of their settlement.

The Court congratulates the Parties on an amicable resolution of this matter. Accordingly, it is

**ORDERED and ADJUDGED** that:

(1) The Parties' Joint Motion (DE 34) is **GRANTED**.

(2) The above-styled action is **DISMISSED WITH PREJUDICE**.

(3) The Clerk of Court shall **CLOSE this CASE** and **DENY** all pending motions **AS MOOT.**

(4) Each party shall bear their own fees and costs.

(5) Pursuant to the Parties' request, this Court reserves jurisdiction to enforce their settlement agreement.  Jurisdiction will be reserved for a period of six months.

**SIGNED** in Chambers at West Palm Beach, Florida, this 20th day of October, 2022.

Donald M. Middlebrooks
United States District Judge

Copies to:      Counsel of Record